JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAJAN PAUL GREEN,<br><br>         Plaintiff,<br><br>   v.<br><br>R. BOGGUST, et al.,<br><br>         Defendants. | Case No.  EDCV-15-02578-JGB(KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action for Lack of Prosecution,

IT IS ADJUDGED that the Second Amended Complaint and entire action are dismissed without prejudice.


DATED:   February 2, 2017


_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE